**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**JOSEF BAILEY**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **JOSEF BAILEY,** | No.   2:17-CV-02360-CMK |
| **Plaintiff,** | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **NANCY BERRYHILL, Deputy Commissioner, performing the duties and functions not specifically reserved to the Commissioner of Social Security,** | |
| **Defendant.** _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to June 14, 2018.

This is a first extension requested because plaintiff's counsel has multiple briefs due at essentially the same time, in addition to his other work.

[Pleading Title] - 1

Dated:   May 30, 2018                    /s/    *Jesse S. Kaplan*
                                         JESSE S. KAPLAN
                                         Attorney for Plaintiff


                                         PHILLIP A. TALBERT
                                         United States Attorney
                                         DEBORAH LEE STACHEL
                                         Regional Counsel, Region IX
                                         Social Security Administration

Dated:  May 31, 2018                        */s/ per e-mail authorization*

                                         CAROLYN CHEN
                                         Special Assistant U.S. Attorney
                                         Attorney for Defendant

## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to June 14, 2018.

SO ORDERED.

Dated: June 4, 2018

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE