**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**JOSEF BAILEY**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| **JOSEF BAILEY,** | No.   2:17-CV-02360-CMK |
| **Plaintiff,** | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **NANCY BERRYHILL, Deputy Commissioner, performing the duties and functions not specifically reserved to the Commissioner of Social Security,** | |
| **Defendant.** _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to June 18, 2018.

[Pleading Title] - 1

This is a second extension of two business days requested because of plaintiff's counsel's workload and continuing travails consuming time because of computer/networking upgrading, involving unexpected problems.

Dated: June 13, 2018 /s/ *Jesse S. Kaplan*
JESSE S. KAPLAN
Attorney for Plaintiff

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration

Dated: June 13, 2018 /s/ per e-mail authorization

CAROLYN CHEN
Special Assistant U.S. Attorney
Attorney for Defendant

## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to June 18, 2018.

SO ORDERED.

Dated: June 15, 2018

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE