MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JOSEF BAILEY,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:17-cv-02360-JAM-CMK<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 49 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

       IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 49 additional days to respond to Plaintiff's motion for summary judgment. The current due date is July 18, 2018. The new due date will be September 5, 2018.

       This is Defendant's first request for an extension of time in this case. There is good cause for this request. Since the filing of Plaintiff's motion for summary judgment, Defendant's counsel has been diligently addressing her full workload of district court cases and other cases that could not be assigned to another attorney. Furthermore, Defendant's counsel will be on approved leave for approximately four weeks from July to August.

Thus, Defendant is respectfully requesting additional time up to and including September 5, 2018, to fully review the record and research the issues presented by Plaintiff's motion for summary judgment in this case.  This request is made in good faith with no intention to unduly delay the proceedings.

Respectfully submitted,

Date: July 16, 2018

_s/ Jesse S. Kaplan by C.Chen*_
(As authorized by email on 7/16/2018)
JESSE S. KAPLAN
Attorneys for Plaintiff

Date: July 16, 2018

MCGREGOR W. SCOTT
United States Attorney

By _s/ Carolyn B. Chen_
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated:  July 18, 2018

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE