MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JOSEF BAILEY,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:17-cv-02360-JAM-DMC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME OF 5 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 5 additional days to respond to Plaintiff's motion for summary judgment. The current due date is September 5, 2018. The new due date will be September 10, 2018.

This is Defendant's second request for an extension of time in this case. There is good cause for this request. Since the approval of Defendant's first request for an extension of time, Defendant's counsel has been addressing her full workload of district court cases and other cases since returning from approved leave for multiple weeks. In addition, new matters that were not previously anticipated, had arisen and have created some crowding of the briefing schedule

1

around the original due date of this case. Thus, Defendant is respectfully requesting additional time up to and including September 10, 2018, to fully review the record and research the issues presented by Plaintiff's motion for summary judgment in this case. This request is made in good faith with no intention to unduly delay the proceedings.

Respectfully submitted,

Date: August 31, 2018

*s/ Jesse S. Kaplan by C.Chen\**
(As authorized by email on 8/31/2018)
JESSE S. KAPLAN
Attorneys for Plaintiff

Date: August 31, 2018

MCGREGOR W. SCOTT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

DATED: Sept 4 2018

HON. DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE