MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JOSEF BAILEY,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:17-cv-02360-JAM-DMC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time to respond to Plaintiff's motion for summary judgment, to the new due date of September 18, 2018.

    There is good cause for this request. Since the Court's granting of Defendant's previous request for a brief extension of time of 5 days, Defendant's counsel has been addressing her full workload of district court cases and other cases since returning from approved leave for multiple weeks. In addition, new matters that were not previously anticipated, had arisen and have created some crowding of the briefing schedule around the due date of this case. Thus, Defendant is respectfully requesting additional time up to and including September 18, 2018, to

fully review the record and research the issues presented by Plaintiff's motion for summary judgment in this case. This request is made in good faith with no intention to unduly delay the proceedings.

Respectfully submitted,

Date: September 17, 2018

<u>s/ Jesse S. Kaplan by C.Chen*</u>
(As authorized by email on 9/17/2018)
JESSE S. KAPLAN
Attorneys for Plaintiff

Date: September 17, 2018    MCGREGOR W. SCOTT
United States Attorney

By <u>s/ Carolyn B. Chen</u>
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED. DEFENDANT'S CROSS-MOTION, FILED ON SEPTEMBER 17, 2018, IS DEEMED TIMELY.

Dated: September 19, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE