| | |
|---|---|
| 1 | MCGREGOR W. SCOTT |
| | United States Attorney |
| 2 | DEBORAH LEE STACHEL |
| | Regional Chief Counsel, Region IX |
| 3 | Social Security Administration |
| 4 | CAROLYN B. CHEN, CSBN 256628 |
| | Special Assistant United States Attorney |
| 5 |     160 Spear Street, Suite 800 |
| |     San Francisco, California 94105 |
| 6 |     Telephone: (415) 977-8956 |
| |     Facsimile: (415) 744-0134 |
| 7 |     E-Mail: Carolyn.Chen@ssa.gov |

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JOSEF BAILEY, | ) Case No.: 2:17-cv-02360-JAM-DMC |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER APPROVING |
| | ) SETTLEMENT OF ATTORNEY FEES |
| vs. | ) PURSUANT TO THE EQUAL ACCESS TO |
| | ) JUSTICE ACT, 28 U.S.C. § 2412(d) |
| ANDREW SAUL,[1] | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that Plaintiff be awarded attorney fees in the amount of THREE THOUSAND FOUR HUNDRED TWENTY-TWO DOLLARS AND THIRTY-NINE CENTS ($3,422.39) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). *See also* section 205(g) of the Social Security Act, 42 U.S.C. § 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

1

amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to Jesse Kaplan pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel, including Jesse Kaplan, may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel and/or Jesse Kaplan to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: July 23, 2019

By: */s/ Jesse S. Kaplan*
JESSE S. KAPLAN
Attorney for Plaintiff
(As authorized by email on July 23, 2019)

Dated: July 23, 2019                                  Respectfully submitted,

2

```
                                MCGREGOR W. SCOTT
                                United States Attorney
                                DEBORAH LEE STACHEL
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                        By:     /s/ Carolyn B. Chen
                                CAROLYN B. CHEN
                                Special Assistant U.S. Attorney

                                Attorneys for Defendant
```

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall be awarded attorney fees in the amount of THREE THOUSAND FOUR HUNDRED TWENTY-TWO DOLLARS AND THIRTY-NINE CENTS ($3,422.39) as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: July 24, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE